1

2

3

4

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

5

6   UNITED STATES OF AMERICA,            )
                                         )
7            Plaintiff,                   )      No.   CR14-5246BHS
                                         )
8       vs.                               )
                                         )   ORDER ON DEFENDANT'S
9   ROGELIO RAMIREZ-HERRERA,              )   MOTION TO CONTINUE
                                         )   PRE-TRIAL MOTIONS CUTOFF
10          Defendant.                    )
                                         )
11  _____ )

12          Before this court is a motion to continue the pre-trial motions cutoff

13  presently set for December 30, 2014.

14          Plea negotiations in this case are ongoing and additional time is needed to

15  attempt to reach a resolution.  Additionally, a continuance is also requested as counsel for

16  the defendant will be on vacation from December 26, 2014 until January 4, 2015, and,

    therefore, will be unavailable to prepare motions on behalf of Mr. Ramirez-Herrera.

17          Mr. Ramirez-Herrera is aware of this motion, and has no objection.

18          AUSA Gregory Gruber is aware of this motion and has no objection to

19  this request.

20          Zenon P. Olbertz, counsel for Mr. Meza-Orozco, is aware of this motion

21  and has no objection to this request.

22          That the court finds, after a consideration of all relevant information

23  (including the affidavit filed by Brett A. Purtzer in support of the motion for a

    continuance) and the circumstances of this case, that without this continuance the

24  defendant will be prejudiced and the ability to properly prepare for trial would be

25

ORDER CONTINUING PRE-TRIAL MOTIONS
CUTOFF - 1

**HESTER LAW GROUP, INC., P.S.**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

1  impaired.  Failure to grant a continuance under these circumstances would result in a

2  miscarriage of justice. The ends of justice would best be served by the granting of the

3  motion for continuance to ensure continuity of counsel and adequate trial preparation.

4  The ends of justice outweigh the best interests of the public and the defendant in having

5  the matter brought to trial sooner.

6         For these reasons, the court finds the defendant's motion for continuance

7  should be granted.

8         The pre-trial motions cutoff date presently scheduled for December 30, 2014 shall be stricken.

9         The pre-trial motions cutoff date shall be scheduled for January 15, 2015.

10         IT IS SO ORDERED.

11         DONE this 23rd day of December, 2014.

12

13

14

15                 BENJAMIN H. SETTLE
               United States District Judge

16

17  Presented by:

18  HESTER LAW GROUP, INC., P.S.
Attorneys for defendant

19

20  By: /s/ Brett A. Purtzer

21      Brett A. Purtzer
    WSB #17283

22

23

24

25

ORDER CONTINUING PRE-TRIAL MOTIONS
CUTOFF - 2

**HESTER LAW GROUP, INC., P.S.**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157